536

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* THOMAS
DANIEL BAMBULAS, Petitioner-Appellant.

(No. 57913;

First District (3rd Division)—April 3, 1975.

*Rehearing denied April 17, 1975.*

PER CURIAM.

Allen L. Wiederer, of State Appellate Defender's Office, of Chicago,
for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr.,
and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the
People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH HILL,
Defendant-Appellant.

(No. 60140;

First District (2nd Division)—March 31, 1975.

*Rehearing denied May 6, 1975.*

PER CURIAM.

James Doherty, Public Defender, of Chicago (Thomas F. Finegan, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John F. Brennan, Assistant State's Attorneys, of counsel), for the People.